1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JOHN P. DEVINE, State Bar No. 170773
   Deputy Attorney General
4  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
6   Telephone: (415) 703-5516
    Fax: (415) 703-5480
7   Email: troy.overton@doj.ca.gov

8  Attorneys for Defendant State of California

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | **JOHN GIMBEL,** | Case No. C-07-00113-MJJ |
| Plaintiff, | **DEFENDANT STATE OF CALIFORNIA'S REQUEST FOR PERMISSION TO APPEAR (Civil Local Rule 11-9(a))** |
| v. | |
| **STATE OF CALIFORNIA, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, JERRY HARWOOD, BILL STEVEN, GENE McMANUS, MELANIE BARRY, DANA RENO, ROBERT BARBER, ED FLESHMAN, CRESCENT CITY POLICE DEPARTMENT, DOUGLASS PLACK, GREG JOHNSON, JAMES HOLT, CALEB CHADWICK, THOMAS BURKE, DEL NORTE DISTRICT ATTORNEY, KEITH MORRIS, AC FIELD, MICHAEL RIESE, DARREN McELFRESH, AND FRITZ LUDERMAN,** | **E-FILING** |
| Defendants. | |

24

25     On April 4, 2007, defendant State of California filed and served a notice of motion and

26 motion to dismiss plaintiff's complaint. Defendant noticed the hearing on the motion to dismiss

27 for Tuesday, June 19, 2007. Pursuant to Civil Local Rule 11-9(a), defendant requests that the

28 Honorable Martin J. Jenkins approve the appearance of Michael Wahlander, who will be under

1  the direct supervision of California Deputy Attorney General John P. Devine, to argue the
2  motion to dismiss at the currently scheduled hearing. Mr. Wahlander previously applied for
3  permission to appear in the U.S. District Court for the Northern District of California pursuant to
4  Civil Local Rule 11-9 (c)(1), and on May 23, 2007, Richard W. Wieking, Clerk of the U.S.
5  District Court for the Northern District of California, issued a certificate of eligibility pursuant to
6  Civil Local Rule 11-9 (c). (See Exhibit A attached hereto, a true and accurate copy of the
7  Certificate of Eligibility signed and dated by Clerk Wieking).

Dated: June 14, 2007.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JOHN P. DEVINE
Deputy Attorney General
TROY B. OVERTON
Deputy Attorney General


  s/John P. Devine
JOHN P. DEVINE
Deputy Attorney General

Attorneys for Defendant State of California

40150178.wpd
SF2007400329

---

Def. State of California's Req. for Permission to Appear              GIMBEL, John v. State of California, et al.
                                                                                              C-07-00113-MJJ