U.S. District Court
for the
Northern District of California

**STUDENT PRACTICE APPLICATION**
Pursuant to Civil Local Rule 11-9(c)(1)

I, _Michael Wahlander_, do hereby apply for permission to appear in the U.S. District Court for the Northern District of California pursuant to Civil Local Rule 11-9(c)(1).

_____
Signature

================================================================

**CERTIFICATE OF ELIGIBILITY**

I, Richard W. Wieking, Clerk of the U.S. District Court for the Northern District of California, do hereby issue this certificate of eligibility pursuant to Civil Local Rule 11-9(c).

Date: _5/23/07_               _Richard W. Wieking_
                                        Clerk