UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,

        Plaintiff,

v.

STATE OF CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV07-00113 MJJ

**CERTIFICATE OF SERVICE**
ON NON E-FILING *UNREPRESENTED* PARTY

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Gimbel
225 Brevus Street
Crescent City, CA 95531

Dated: June 22, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk