**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                           415.522.2000

**July 24, 2007**

CASE NUMBER:  CV 07-00113 MJJ
CASE TITLE:  JOHN GIMBEL-v-STATE OF CALIFORNIA

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/24/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 7/24/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA