FILED
AUG - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION**

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On August 4, 2007 I served the documents in case C070113 SBA described as **CASE MANAGEMENT AND SCHEDULING ORDER FOR REASSIGNED CIVIL CASES, FILED JUL 30, 2007,** (including Sandra Brown's standing orders), on the interested parties in said action:

________ By overnight FedEx.

___X___ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

C-07-113-SBA

Attny John Vrieze
(for Del Norte sheriff dept. and dist. att.)
814 Seventh St.
Eureka, CA
95502

Calif. Att. Gen. (Troy Overton)
455 Golden Gate Ave. Suite 11000
San Francisco, CA
94102-7004

Attny Randy Harr
((for Crescent City police dept.(& agents of city))
1415 Court St.
Redding, CA
96001

*((proof of service to:* Ronald V. Dellums Federal Building
Suite 400S
1301 Clay Street
Oakland, CA 94612-5217 *))*

________ By personally delivering a copy of said document(s) on the party(ies)named below at the following address(es):

________ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

________ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:____________________ Facsimile No: ______________
Name:____________________ Facsimile No: ______________

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of August 4, 2007 at Crescent City, California.

[signature]
Chris Ohmer

