1

2    John Gimbel
     225 Brevus St.
3    Crescent City CA
     95531
4    707.464.5908
     Plaintiff, in pro se
5



**FILED**

AUG 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6            UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

8

9    JOHN GIMBEL                          | CASE NO. : C070113 ~~MJJ~~ SBA
              Plaintiff,                   | DECLARATION OF JOHN
10                                         | GIMBEL

11   vs.

12   STATE OF CALIFORNIA,
     DEL NORTE
13   COUNTY SHERIFF'S DEPARTMENT,
     JERRY HARWOOD, BILL STEVEN,
14   GENE McMANUS, MELANIE
     BARRY, DANA RENO,
15   ROBERT BARBER, ED FLESHMAN,
     CRESCENT CITY
16   POLICE DEPARTMENT,
     DOUGLASS PLACK, GREG
17   JOHNSON, JAMES
     HOLT, CALEB CHADWICK,
18   THOMAS BURKE, DEL NORTE
     DISTRICT ATTORNEY, KEITH
19   MORRIS, AC FIELD, MICHAEL RIESE,
     DARREN McELFRESH, AND FRITZ
20   LUDERMAN

21

22            Defendants
23

24   ----------------------------------------------------

25   I, John Gimbel, declare:

26   1. I have personal knowledge, except for matters stated on information and belief,
27   concerning the facts and documents set forth herein, and if called to testify I would
     competently testify to the following:
28

1. Attached hereto as exhibit 1 is the last 27 pages of exhibit F which was included in appellant's opening brief in appeal A110914 of trial CRM 04 9308, the case involving the subject speech which generated this civil case C070113 SBA. There is an evaluation of the subject speech by each of these literary experts at the end of each set of resume-like pages for each evaluator.

I declare under penalty of perjury under the laws of the state of California, that the foregoing is true and correct. Executed this 22nd day of August, 2007 in Crescent City, CA.

John Gimbel

Exhibit 1



EMILE DODDS

**EMILE DODDS: tel:**
**+060 016 289 9685**

# Short Stories

**Book Categories**

All Books

Biography

Education

Free eBooks

Health

How To Guides

Internet Business

Martial Arts

Political Thriller

Short Story

Spiritual Healing

**Which Format do I choose ?**

Click here to check

**Reader Software**

**To enjoy our eBooks you will need to download one of the readers below**

The King of The Memes
& Other Stories

Author Emile Dodds

**Publisher:** PCSolve eBooks

| | |
|---|---|
| Web (HTM) Price: | £3.00 |
| MS Word (DOC) Price: | £3.00 |
| MS Word (RTF) Price: | £3.00 |
| Adobe Acrobat Price: | £3.00 |
| Microsoft Reader Price: | £3.00 |

A collection of four short stories designed to stretch the imagination:

**Joshua, Mr. Jenkins, the Tree and the Silence**

One day, Joshua notices the neighbourhood hobo sitting up in a tree. When he joins him, it ends up changing his perspective of reality.

**The Word**

A writer comes up with a word powerful enough to change the world. Unfortunately, it has gone on the loose...

**Synopsis**

**Best**

1. Twelve Thou

2. When Two S

3. Blackwater

4. Can You Con Week ?

5. King Of The

6. Internal Ene

7. Exercise Kw

8. Bringing the Out from Withi

9. Solo Martial

10. How to mal Internet

**Specia**

FREE EBOOKS

Make your ebo

**We Accept**





SHORT STORY

# Joshua, Mr. Jenkins, the Tree and the Silence
by Emile Alexander Dodds

"Dear, there's a man in the tree!"

Joshua got up from his comfortable chair to see what his wife was talking about. She was gesturing out the window, a look of disdain on her face.

"There's a man sitting in the tree. Look!"

Joshua peered out the window. He was greeted with a typical suburban scene of mowed lawns, two cars in every driveway, nice family houses... and a man sitting about twelve feet up a tree.

"That's Mr. Jenkins," he said. "He's just some homeless bum that wanders around here every now and then."

His wife still did not look pleased. "Go and tell him to get out of the damn tree."

Joshua told his wife that he would do nothing of the sort. However, his interest was piqued. He put his jacket on and went outside for a closer look.

"Afternoon, Mr. Jenkins," he called up to the branches above.

"Afternoon, Joshua," Mr. Jenkins smiled down as if nothing was out of the ordinary.

Joshua regarded the old man with his raggedy clothes and his toothless grin. He looked peculiarly happy. "Uh, Mr. Jenkins," he asked, "what the hell are you doing up this tree?"

"Well..." the old man looked genuinely surprised to be asked such a question. "I don' know, Joshua. I kinda like this here tree. It's pretty comfortable, y'know." Mr. Jenkins looked around and shook the trunk a little bit as if to test its sturdiness. "I don' know if I'm ever comin' down. Y'know what kinda tree this is? It's an *Acer Griseum*; they're pretty rare around this part of Vermont, y'know."

"How does a homeless bum get to know so much about trees anyway?" Joshua called up.

"Heeheehyeww!" Mr. Jenkins made Joshua wince with his trademark laugh. "Joshua my boy, I know a whole lotta things. A whole lotta things. But what I know right now is that I ain't comin' down outta this tree. No sir!"

Joshua shrugged and turned to head back into his house. Let the old bum sit in the damn tree. Personally, Joshua just wanted to get out of the wind and sit in his cosy house in his comfortable chair reading the newspaper. And that is what he did.

After a while, Joshua's wife stopped moaning about the strange man in the tree. Then it got dark and with a belly full of macaroni and cheese, Joshua pretty much forgot all about the tree. The next morning, though, his wife was at it again.



## News & Events

Events @ HELP

*HELP Institute presents*

# International Conference: Mastering English for Science & Technology in achieving global competitiveness
*27 & 28 September 2003*



## Organising Committee

**Advisor**
Dr Paul Chan, HELP Institute

**Chairperson**
Mr Willie Tan, HELP Institute

**Co-Secretary**
Ms Trilie Siow, HELP Institute
Mr Ganesh Ramasamy, HELP Institute

**Members**
Mr William Low, HELP Institute
Mr Jerry Ho, HELP Institute
Mr Wong Tuck Cheong, HELP Institute
Ms Suzila Majid, HELP Institute
Mr Murali Rajaratenam, HELP Institute
Mr Yap Chen Leong, HELP Institute
Ms Norliza Ahmad, Cyberlynx Language Centre
Mr Emile Alexander Dodds, Cyberlynx Language Centre
Ms Marta Czajkowska, IRI Group

**In this section**
→ Introduction
→ Panel of Advisors & Trainers
→ The Organisers
→ Contact

**The Events**
→ International Conference: Mastering English for Science and Technology
→ 'Teaching Science and Mathematics in English: Opportunities & Challenges'
→ 'Mastering English for Lifelong Success'
→ National English Debate Competition (Datuk Paduka Dr Hatijah Salaha Debate Cup 2003)

**Other sections**
→ Latest News & Events
→ Press Room
  → Press Releases
  → Press Releases Archive
  → HELP in News
  → Press Contact
→ Events Photo Gallery
→ Subscribe to Mailing List

**Online Services**
→ Send this page to a friend

**Latest Events**
→ Prosperity for the Year of Rooster
→ CRITICAL INCIDENT STRESS MANAGEMENT TRAINING 5TH & 6th March 2000
→ HELP IT Students - HSBC Young IT Entrepreneur Awards (YITEA) 2004/2005 Finalists
→ Be a STAR! Be a HELP Idol!

**Other sections**

| Sections |
|---|

Copyright @HELP University College Sdn. Bhd. All rights reserved. Page last updated: 9 Sept 2003

**Emile Alexander Dodds** lives in Malaysia, where he lectures at a local college and writes in his spare time.



He has a book coming out in early 2003 on the topic of Malaysian English. He has also lived at one time or another in Scotland, England, the United States, Romania, Turkey and Singapore. Currently, he is working on his second non-fiction book.

Write to Emile Dodds.

**Read** "Joshua, Mr. Jenkins, the Tree and the Silence" **by Emile Dodds on** GoodGoshAlmighty.com.

Posted 01/2003.

| HOME | STORES | FEEDBACK | SUBMISSIONS | ARCHIVES |
|------|--------|----------|-------------|----------|

© 2006 Chaffer-Largesse Inc.

    

# LINGUA FRANCA

## May 2004

## Manglish Spoken Here



Petronas Towers

### by Emile Alexander Dodds

Malaysia is a land of paradoxes. Chinese ladies in short skirts walk the streets side by side with Malay Muslims wearing the ubiquitous Islamic headscarf. To gaze on the ultra-modern Petronas Towers in downtown Kuala Lumpur, you could hardly imagine that this is the same country where sleepy fishing villages dot the coast.

When it comes to language, there are even more surprises in store.

English is widely used here. There are three Anglophone daily newspapers in the capital, English television and radio stations. Bookshops such as the nationwide chain MPH offer many more books in English than in any other language.

In the fashionable shopping districts and the upmarket cafes, where the espresso class lounge, you can hear English spoken everywhere but what kind of English is it that Malaysians speak?

That's the interesting part. There are those that speak English better, one suspects, then half of England. Then, of course, there are some who cannot speak the language at all. However, most Malaysians are somewhere in between. They speak a corrupted form of English, often referred to as "Manglish"—Malaysian English or perhaps Mangled English?

> **"Malaysians scored a victory when 'lah' was introduced into the Oxford English Dictionary. They were less happy to see that the entry listed its usage as Singaporean English. "**

Let me give you some examples. In Manglish, when someone has gone out of town, he is said to be "outstation." There, a mobile phone is known as a handphone.

Malaysians call slippers what the British call sandals, and during sales, in the shops, there are plenty of signs announcing, "Buy one, free one."

more >>

<< home

**Briefs and Tips**
**Just the Facts**
Incredible Shrinking C
**Destinations**
Photos of Egypt
Worldwide Commute
Working Abroad
Train Ride in China
**Lingua Franca**
Manglish in Malaysia
**A Traveler's Life**
Konnichiwa, Hookah I
**Health**
Guatemala Giardia
**English Spoken Her**
English Ramblers
**When in Home**
A Few Swatches Late
**Links**

Google Search
⊙ web ⊙ insideoutma

Credit Advisors -Get ou

**InsideOut Free News**

Name:

# Spotlight On Our Authors

 ▾ Emile Dodds    ▾ John Bradshaw    ▾ Samuel Reilly

▾ Jack Lee    ▾ Steve Gunn    ▾ Johnette Duff

▾ Sensei J. Richard Kirkham B.Sc.

---

### Samuel Reilly



Samuel, or Sam as he is known to his friends and family was born in 1932 and lived in Dennistoun, Glasgow. He has been married to Joan for nearly 45 years and has 5 children and 10 grand children.

His book Can you come back next week? is the first to be published online and we are currently looking at publishing his second book in the near future. A synopsis of his current book can be found HERE

A community web site dedicated to Sam's old home town of Dennistoun have kindly published this article:
http://www.dennistoun.co.uk/Page.asp?Title=Articles&Section=22&Page=8

▲ Back To Top

---

### Emile Dodds



Google [          ] Search

○ Web  ◉ TransitionsAbroad.com

**Home     Work Abroad     Study Abroad     Travel Abroad     Living Abroad     Blog          What's New**

**Related Topics**

Teaching English Abroad

Teaching English in Asia:
Articles, Programs, Jobs
and Links

Living in Malaysia
Expatriate Resources

**Related Articles**

Teaching English in Asia
by Susan Griffith

# Teaching English in Malaysia

## Experience a New World with Western Comforts

by 

English teachers are definitely in demand in Malaysia, although not as much as in Japan, Korea or China. Don't expect to arrive on Friday and find a job by Monday as you can in some places. You need to put in a bit of an effort, starting before you even get here.

I very much doubt that you will be able to secure a job before you get here, although some schools advertise on the Web. Malaysian employers will want to put you through a full interview and then consider carefully before employing you. What you can do is to start compiling a list of schools, language centers, and colleges that you can call when you get here (see below).

You should reckon on taking about a month to find a job here. During that time, a cheap hotel or guest house will run you $15 - $20 a day, and you can eat for about $5 a day.

Check the newspapers every day for job listings, especially **The Star** (http://www.thestar.com.my/) and look on http://www.jobstreet.com/. Most places do not mind if you just call up and ask for a chance to come in and talk to them. They will expect you to bring a copy of your resume and to dress smartly, which means slacks, a shirt and tie (Malaysians don't usually wear jackets due to the tropical climate).

There is quite a variation in the salaries offered for English teachers. You could be offered anything from RM1500 - 6000 ($400 - $1600) per month for a teaching position **The British Council** and the international schools are the best paymasters. Colleges and universities are surprisingly not the top payers. Realistically, you will find it hard to get by if you earn less than RM 2000.

  

eloka.com

eBooks    Books

welcome to eloka.com

» **home** | **forum** | **search** | **faq**    » **register/sign in** | **my cart** (0 items) | **my account** | **wish list**

Quick Search

[ all products ▼ ] Go!

Advanced Search

Highlights (all)

**Just Arrived**

Most Popular

Free eBooks

Latest Reviews

Categories (all)

» Anthropology

» Asian Studies

» Biography & Autobiography

» Body Mind & Spirit

» Business & Management

» Children's Illustrated Picture

» Chinese Studies

» Computers

» Crafts & Hobbies

  Education

» Engineering

» Family & Child

» Feng Shui

» Fiction

» Folklore & Mythology

» Food

» Health & Fitness

# details

**From Manglish to English**
by Emile Alexander Dodds | Publisher: Pelanduk Publications
Category: Malaysiana/Languages

List Price:    **US$9.90**
Gold Card Member: US$9.90 **You save 0%**

Paper Book (Paperback)

**view product details**

Have you ever wished that you could speak better English? Speaking and writing good English need not be difficult. In fact, you know more about grammar than you think. And in this book, you will discover a whole lot more, with explanations that are easy to understand and plenty of examples of language in use.

FROM MANGLISH TO ENGLISH looks at the unique way Malaysians use the English language to communicate. It is a tried-and-tested guide aimed at the many Malaysians who can read in English but do not write or speak fluently. It suggests ways in which you can improve and make the switch from Manglish to English by avoiding common pitfalls through easy-to-remember hints and tips. By providing simple, easy-to-follow pointers, it really can make a difference in the way you write and speak!

So, don't be left behind: have fun with English grammar and improve your English today!

✉ email this page to a friend

**Reviews**

Average Review:    Based on 1 reviews.    -- view reviews | -- write my review

**Paper Book (Paperback)**

List Price                    US$9.90
Gold Card Member              US$9.90 (You save 0%)







Vol. 4, No. 1
February 2003

Edited and Published
by
John Dotin
Pamela Dotier Buskin

- **Golden Boy**  Owen Kilfeather
- **From Groti to Geiranger**  Rochelle Mass
- **The Boat**  M. A. Haarhaus
- **Brothers**  Corey Mesler
- **In Memoriam: My Not-Yet-Dead Sister**  Saskia van der Linden
- **Not**  Emie Alexander Dodds
- **Twilight: Maywood, New Jersey**  Martin Bayne
- **The Dreamhouse**  Richard Meyers



**J.**

| | |
|---|---|
| **From:** | emile dodds[SMTP:emiledodds@hotmail.com] |
| **Sent:** | Wednesday, March 02, 2005 5:28 PM |
| **To:** | johngimbel@charter.net |
| **Subject:** | RE: Emile, you are now swimming in documents, I presume. |

### EVALUATION, PART 1; BY EMILE DODDS, 5 CONTINENT ENGLISH
### TEACHER, AND AUTHOR OF 2 BOOKS

Hello John,

I'll take some time to read all the email that you sent, and then at the weekend, I'll write the 'evaluation' of your posting. I'll probably write about half a page. Really, I have all the context I need to do this so don't worry too much about the small details. To overcontextualize would also be to create bias in my opinion. I have read the screenshot of the post, and it seems fairly innocuous to me. Certainly, I would not have felt threatened if I were the police chief in question. However, the forum where you left the message is more suited to trading fruitcake recipes and whether Betty Jo looked fat in her wedding dress. In other words, your action was clearly hick-baiting rather than threatening. (And how embarrassing to go to court and have to discuss 'piggos' and 'piggly wigglies'.)

You're right; I am not a native Malaysian. I am Scottish by birth, and I lived in America between the ages 7 -13. I make quite frequent tips to America, so I understand references like 'Elk Lodge' that most non-Americans wouldn't understand. I have a fast connection speed, but you know that Hotmail only provides 2MB of storage, so I'll ask that you don't send more than about 600k at a time.

Expect to hear from me over the weekend and good luck withthe piggos.

Regards,

Emile Alexander Dodds>

J.

**From:**      emile dodds[SMTP:emiledodds@hotmail.com]
**Sent:**      Sunday, March 06, 2005 1:45 AM
**To:**        johngimbel@charter.net
**Subject:**   RE: posting

### EVALUATION, PART 2; BY EMILE DODDS, 5 CONTINENT ENGLISH TEACHER, AND AUTHOR OF 2 BOOKS



ATT00005.htm



opinion.doc

From: emile dodds[SMTP:emiledodds@hotmail.com]
Sent: Sunday, March 06, 2005 12:45 AM
To: johngimbel@charter.net
Subject: RE: posting
http://www.angelfire.com/az2/webenglish/

http://english-zone.com/index.php

--------------------------------------------------------------------

Hello John,

I got around to writing a short opinion on your posting, attached here. Let me know if it is what you had in mind. As I said before, in terms of authority, a literature professor's opinion would have a lot more standing. I'll check back with you sometime to see if you manage to get the charges dropped. My gut tells me that you will.

Regards,

Emile Alexander Dodds

---

Opinion:
I have been involved in the field of English Language for over ten years, teaching in five different countries. My teaching often touches on such topics as the use of humor, satire and subtlety in writing. I am also a published author and freelance writer. One of my many interests is visiting Internet message boards and forums on a variety of topics. I believe this gives me a good vantage point to comment on Mr. Gimbel's posting.

The wording and tone of the posting indicate that Mr. Gimbel was making an attempt at humor. While not everybody is likely to share his particular brand of humor, his choice of words, such as 'piggly-wiggly', show this to be the case. Although his posting is entirely inappropriate for the forum on which it was posted, I can see nothing in the text which could realistically cause anyone to feel threatened by Mr. Gimbel. The idea of "deputizing the citizens" into "groups of 50 or more" is surely so far-fetched that no one could be expected to take it as a serious threat.

I feel that if Mr. Gimbel had intended to threaten the police officer involved, he would have worded his message entirely differently.

Many Internet users like to use the various forums and message boards available to provoke a response or reaction. For example, an atheist might post provocative messages on a Christian message board to bait the regular users and get a reaction. To me, Mr. Gimbel's references to "hi-powered deer rifles" and the "Elk's

meeting" show that he was trying to bait the forum readers using sarcasm and his own particular version of satire.

Finally, I would like to add that, as a regular visitor to Internet forums, I see nothing in Mr. Gimbel's posting which is more extreme or unusual than the other messages that I read every day.

Mr. Gimbel simply posted a message that could be said to be in bad taste or inappropriate to the forum, but not one that, in my opinion, could be treated as a serious threat.

--by Emile Dodds

--------------------------------------------------------------------------
Get an advanced look at the new version of MSN Messenger.

**J.**

| | |
|---|---|
| **From:** | emile dodds[SMTP:emiledodds@hotmail.com] |
| **Sent:** | Tuesday, March 08, 2005 6:43 PM |
| **To:** | johngimbel@charter.net |
| **Subject:** | case |

### EVALUATION, PART 3; BY EMILE DODDS, 5 CONTINENT ENGLISH TEACHER, AND AUTHOR OF 2 BOOKS

Hello John,

I'm glad you liked my piece. I am interested in following the case, but I probably don't want to read through all the legal documents. After the case is resolved, or if there are any major happenings, why don't you write to me and let me know how it went. Once again, there is no need for payment.
It struck me that this is one of those cases where people just don't like someone who is different (in this case, it's your sense of humor that is different). Maybe they feel threatened by that, more than your posting. In America, there is always a lot of talk about accepting people who are different and 'thinking out of the box', but I think people still have a way to go.
Regards,
Emile

EVALUATOR-SEPARATOR

(PAGE LEFT INTENTIONALLY BLANK)

Brenda Townsend Hall's World of Words
Page 1 of 2
Case 4:07-cv-00113-SBA   Document 63   Filed 08/23/2007   Page 18 of 32



**DR. BRENDA T. HALL:**
**tel: +044 781 164 8639**

# Welcome to my world of words

| For Teachers and Trainers | For Learners | Miscellaneous |
|---|---|---|
| Articles and **teaching ideas** | Learners' **Workshop** | My Poetry **Workshop** |
| Business English **File** | | Buy my novel **Necklace of Warm Snow** |
| Teaching With **Horoscopes** | Useful **Links** | Literature **Bookshop** |



English Language **Bookshop**

**Level Descriptions**

Download a self-study **lesson**

**Click Here To Send Me Email**



```
Teach Business English
a Good Career Move
```



# Teach Business English
## a Good Career Move

# Teach Business English

Home
The
Course
Reading
List
Faqs
Downloads

Business
English
Teacher's
Survival
Kit
Enrol

Teach Business English is dedicated solely to training teachers in the field of English for bu communications and in cross cultural awareness. The first five-module distance learning pr undertaken anywhere in the world and completed in your own time. Participants receive the complete the assignments by email. These are marked and upon satisfactory completion o student progresses to the next module. We offer online support in the form of:

- Online resources—regularly updated links to useful Internet resources for teachers
- A reading list
- An online forum where students can exchange ideas with their peers: Teach Busines
- A newsletter with tips and ideas for teaching business English.

## Key Personnel



Dr. Brenda Townsend Hall

Academic direction is the responsibility of Brenda Townsend Hall, a very experienced Engl teacher, teacher trainer, business English trainer and training consultant. Among previous c contributions to business English training, Dr Townsend Hall has worked with the British Co *Language Teaching for Business*, a video-based EFL training package for business Englis and has authored a multi-media distance learning package, *Negotiating in English*, for the F Education (2000).She authored the first ever Welfare Officers' training course in the UK fo recently has produced a series of training modules for call-centre staff working for a major I

hiring freelance writers | today's articles | sig

ORDER **DIGITAL CABLE** NOW! CLICK HERE!

CABLE — HIGH SPEED ONLINE — DIGITAL PHONE

search



101
enter curious

Home » Education & Career » TESOL Language Training » Articles » Is English Language Teaching for Y

more in suite          +

education & career     —

related articles       —

associate teachers

hands-on process-writing

new teachers need help

telephone language

new year resolutions for teachers

new substitute teacher help

teachers are quitting

» more english as a second language articles

**reference**          —

teacher

training

english

qualities

efl

**related blogs**      —

new teachers need supplies

welcome to the teacher tips/training community

blogging for teachers

# Is English Language Teaching for You?

## Brenda Townsend Hall

☐Articles in this Topic    ☐Discussions in this Topic

*Sep 7, 1998*



What qualities does an English language teacher need? A simple question, but not an easy one to answer. Of course, in common with teachers in any discipline, the EL teacher needs enthusiasm for the subject, patience, conscientiousness, an ability to inspire learners to achieve their desired goals. As well these fundamentals, the prospective teachers will need different qualities according to the circumstances and conditions in which the teaching takes place. At one extreme the teacher may be a young volunteer working with children in a remote African village, at the other, s/he may be teaching effective communication skills to top executives in a state-of-the-art seminar room of a multi-national company.

The qualities needed in one situation are not necessarily transferable to another. For those wishing to take their expertise to a distant land with poor resources and a low standard of living, it is essential to be aware o the effects and stages of culture shock and to have some idea of how to cope with it. If, on the other hand, the work involves training senior business and professional people, the teacher needs the presence and confidence to deal with them on equal terms. One of the best ways to gain a perspective on whether or not have the required qualities is to talk to some practitioners with experience in the areas that interest you. It is also important to read about the countries you are thinking of working in so that you have realistic expectati of daily life there. Look into such issues as climate, local customs, living standards, diet, religious practices gender issues.

The next stage in preparation for an ELT career is to acquire the necessary qualifications. Good basic qualifications that have a worldwide reputation are those awarded by the University of Cambridge's UCLES CILTRSA division, with training centres in 40 countries, or by Trinity College, London. Both institutions of initial and more advanced qualifications.

If you do find that you enjoy ELT and want to improve your career prospects, then the next stage in professional development should be a Master's Degree in Applied Linguistics or TESOL. Several universitie offer distance learning master's courses. The University of Surrey is one such, with a course that has students in 52 countries. The Institute of Education, London, is another, with a course using computer conferencing and email.

Go To Page: 1 2

0
diggs

digg it





# Poetry



YAHOO! GEOCITIES

SPONSORED LINKS

**$9.95 domain names at Yahoo!**
Only $9.95/yr, includes 24x7 support, starter web page & domain forwarding.
domains.yahoo.com

**Business Email from Yahoo! Setup waived**
Domain included, up to 10 email addresses, 24x7 support, POP access.
smallbusiness.yahoo.com

**Sell Online with Yahoo! Save $50**
Reliable ecommerce plan with domain, hosting, email. 1 month free.
smallbusiness.yahoo.com

**Yahoo! Web Hosting Domain Included**
$25 setup waived, up to 10 GB disk space, 100 email accounts & 24x7 support.
webhosting.yahoo.com

Get your own web site at Yahoo! GeoCities

# MENU

Snapshot

Elegy

Ghosts

Tuscan Journey

The Death of Eurydice

Dusk Chorus

Loss

The Crane

In Memory of Ted Hughes

Winter Landscape

Back to Home Page

| HOME | LANGUAGE TRAINING EXERCISES | FELIX'S NURSERY RHYMES | E-MAIL |
|------|------|------|------|

## Snapshot

Funny how a camera can lie.
I never was that slender, laughing girl
With speaking eyes and watching mouth.

In the corner of the train
She sat and wondered
Where the others learnt the truth of youth.
She listened to their words,
But when her voice joined theirs
No-one heard her speak.
When their laughter soared
Above the engine's roar, she felt afraid
And sought the stillness of the sea and stars
Beyond the window pane.
Sometimes she closed her eyes and dreamed
Of scented nights far from this damp and
draughty land.
And they would turn and smile and take her
hand.

Now I think I could begin to learn their game.
But it is too late.
I never was that slender, laughing girl.

| HOME | LANGUAGE TRAINING EXERCISES | FELIX'S NURSERY RHYMES | E-MAIL |
|------|------|------|------|

Last Updated 16 June 98 10:00
Designed by Brenda Townsend Hall. All Rights Reserved.

 **eslgold.com**

For Teachers   For Students   What's New   Contact Us   Site Map   Home

# Quick Links

**Teach English (ESL)**
Weekend, Evening classes Free
Information available

**Learn ESL Online Today**
Get your ESL certificate from
PCDI. Free information on how to
start!

**ESL Classes**
At Home ESL Courses. Free Info!
aff No sales person will ever call
you.

**English Grammar Exercise**
English Grammar Exercises Tha
Work Learn More. Take a Tour.
Buy Online

Ads by Goooooo

**Business English:** Click here for the best Business English Links. See below for links to individual Business English activities.

**Quick Links - Business Language**
Business Vocabulary (from EnglishCLUB.com)
Business Language English Exercises (from English International Lyon)
Changing Jobs (from englishpage.com)
In Business (from English Exercises Online)

**Quick Links - Business Language**
Job Titles (from English Exercises Online)
Raynet Business and Marketing Glossary
The Virtual Meeting Assistant (from UKans)
Workload of a Modern Secretary (from English Exercises Online)

**Quick Links - Business Interactions**
About Cover Letters (from JobStar)
Advertising for Fun (from biz/ed)
Business Problems (from DIY Teach.)
Bus. Meetings, Making and Changing Appointmts. (from DIY Teach.)
Business Meetings (from CELT)
Effective Telemarketing Skills (from FSU)
Frequently Asked Questions - Interviewing (from Career Center at UC Berkeley)
Function and Structure List (from CELT)

**Quick Links - Business Interactions**
Giving Criticism (from Brenda Townsend Hall)
Indirect Language (from Brenda Townsend Hall)
Introduction to Job Interviews (from Bradley CS)
May I Help You? (from Randall's ESL Cyber Listening Lab)
Questioning Techniques (from Brenda Townsend Hall)
Resumes (from JobStar)
Useful Phrases (from Brenda Townsend Hall)

**Quick Links - Business Correspondence**
Business Help Page (from Ruth Vilmi)
Business Letters (from Purdue OWL)
Business Writing (from E. L. Easton)
Business Writing (from HKUST)

**Quick Links - Business Correspondence**
Cover Letters (from Rensselaer Polytechnic Institute)
Business Writing Course (from English Online)
Online English (from Paolo Rossetti)

**Quick Links - Business Presentations**
Giving an Oral Presentation (from University of Canberra)
Presentations and Public Speaking (from EnglishCLUB.com)

**Quick Links - Business Presentations**
Ten Commandments of Client Presentations (from Strateg Comm.)

Google



Loucky)
By John Paul Loucky, Seinan Women's University

By Brenda Townsend Hall, published on www.suite101.com, June 1999

By Brenda Townsend Hall, published on www.suite101.com, June 1999

By Brenda Townsend Hall, published on www.suite101.com, June 1999

By Brenda Townsend Hall, published on www.suite101.com, June 1999

By Brenda Townsend Hall, published on www.suite101.com, June 1999

by Maggie Courtright and Cathy Wesolek, Forum, January - March 2000

By Sina Ghadirian, Language Learning & Technology, January 2002

| Home | English | Languages | Language Classroom | Travel | Bookstores |

# Speaking

Search

Speaking Activities
Conversation Topics
Listen to English
Pronunciation
Proust Questionnaire

Business Speech
Debating
Job Interview
Public Speaking
Using the Telephone

Teach Speaking *Brenda Townsend-Hall*
Teach Speaking *Gerard M. Blair*
Teach Speaking *content-based materials / Greg Goodmacher*
Teach Speaking *advanced learners / Emma Metcalf*
Teach Speaking *Robert Sanborn Brown & Paul Nation*
Teach Speaking *Tom Mason*
Teach Speaking *BBC*
Teach Speaking *NCLRC*
Teach Speaking *One Stop English*
Teach Speaking *ESL Gold*
Styles of Communication *angelfire.com/az2/webenglish*
Introduction to the Study of Speech *Edward Sapir*

*Testing Speaking*
Testing *ilc2.doshisha.ac.jp/users/kkitao*
Testing *iteslj.org*
Testing *TEFL China*

## SPEAKING ACTIVITIES *Get `em talking.* ^

Activities *sasked.gov.sk.ca*
Campfire Skits *Alastair Honeybun*
Campfire Skits *Rick Seymour*
Fluency Exercises with Playing Cards *Brenda Townsend Hall*
Group Led Activity *Mark A. Bell*
Questions for Daily Life *Brenda Townsend Hall*
Storytelling in the Classroom *Heather Forest*
What Type are You? *Ulla Zang*

*Conversation Topics*
Topics *Internet TESL Journal*

http://eleaston.com/speaking.html

7/30/05

Case 4:07-cv-00113-SBA    Document 63    Filed 08/23/2007    Page 25 of 32

This is Health4Living.info. An online source of great articles and info all about your Health..

**Learn More here**

Menu:
**Home**
**Resources**
**Directory**

Topics:
**Ayurveda**
**Cancer**
**Cholesterol**
**Diabetes**
**Ephedra**
**Exercise**
**Fibromyalgia**
**Glutathione**
**Pain**
**Sleep**
**Tanning**
**Vitamins**

# Self-destroying cancer cells: a major breakthrough for medical research by Brenda Townsend Hall

**Self-destroying cancer cells: a major breakthrough for medical research**

**by Brenda Townsend Hall**

Although cancer treatments have improved significantly over recent years, the search for the holy grail -a really effective cure - remains elusive. Even the much improved treatments in common use today carry risks. As Dr Claus Jacob of the University of Exeter explains, 'cancer therapy has long been based on highly toxic substances that randomly kill healthy and sick cells alike.'

Now, however, Dr Jacob and Dr Gutowski of the Royal Devon and Exeter Hospital, with support from the Peninsula Medical School,

# ESL TEACHERS BOARD

### Free ESL materials, ESL jobs and ESL resumes

**ESL Teachers:**
- Post resume
- ESL jobs worldwide
- ESL jobs in Korea
- ESL jobs in China
- ESL discussion
- School reviews
- Travel China ▶ Korea
- Travel Japan ▶ Europe
- Travel Latin America
- Travel Asia ▶ USA
- TravelTips ▶ Pictures
- ESL lessons ▶ TESOL
- Teaching strategies
- Language lessons

**ESL Teachers:**
- Be a private tutor
- Swap Apartments
- Offer homestay
- Become an agent
- Start/Buy a school
- Find ESL schools
- Pen pals ▶ Classifieds
- Resume tips ▶ Publish
- Employment tips
- Articles ▶ Motivation
- Inspirational quotes
- Useful ESL sites
- Free stuff for teachers
- Education news


Google

○ Web
◉ eslteachersboard.com

**Search**

Please read before using or posting info

Post Resume

**ESL Schools:**
- View ESL resumes
- Post ESL jobs in Korea
- Post ESL jobs in China
- Post ESL jobs worldwide
- Student recruiting agents
- Buy/Sell a school
- Find partners
- ESL classifieds
- Education news
- Useful ESL sites
- Internet Tips

**ESL Students:**
- Find private tutors
- Find homestay
- Find ESL schools
- ESL pen pals
- ESL classifieds
- ESL games ▶ Audios
- Language lessons
- Travel China ▶ Korea
- Travel Japan ▶ Europe
- Travel Latin America
- Asia ▶ USA Canada
- TravelTips ▶ Pictures
- Useful ESL sites

**Post Response/Comment**     **Return to articles for teachers index**

# Issues in Teaching Vocabulary

### By Brenda Townsend Hall
### <tutor@teachbusinessenglish.com>

Over the past decade or so, the focus in English language teaching has been on the 'lexical approach'. There were three issues that led to this concentration on the lexical element in language. One was a recognition coming out of the communicative approach, that to be understood speakers of a second language did not need to produce grammatically perfect sentences. This is connected also to the study of pragmatics, which shows us that the implications of a particular structure often have little or nothing to do with its overtly ascribed function. A second awareness was that the lexical phrase, or chunk, was seen from computational studies as 'an ideal unit which can be exploited for language teaching' (Nattinger and DeCarrico, 1992) and from this came the realisation that syllabuses could be devised around lexical material with organisational principles that would be just as valid as those used for structural syllabuses.



TEACH ENGLISH WORLDWIDE: OVERSEAS JOB GUARANTEED



BUSINESS OPPORTUNITY

ICAL online
TESL
certificate


4-Week TEFL Course +
**Guaranteed Paid Job Placement**
Guadalajara, **MEXICO**
Boston, **U.S.A**
**Contact ITTO now!**


American TESOL
**Online & Inclass**
**TESOL Certification**
Guaranteed Placement


Teach English in...
**China**
Salary, Flights Insurance

# ESLemployment

The ESL/EFL Job and Employment Resource Site

OXFORD
SEMINARS

TESOL/TEFL certification courses
70 locations across the US and Canada
→ oxfordseminars.com

ESL Jobs  ESL News  ESL Articles  ESL Employers  ESL Shop  ESL Forum

"ESL Jobs Forum"
New ESL Teachers... :: RE: Applying as a couple
Getting the ESL Job... :: RE: I would like to teach ESL but I do not have certification
ESL in C. Asia, Far East & Australia... ::
RE: EFL in Vietnam Discrimination Issues in ESL... ::
RE: When the ad says "native" speakers only!

**Save on Int'l Calls**
Worldwide rates as cheaps as 1.9 cents,no contract, call from your cell

**Free Poetry Contest**
All amateur poets invited Share your poetry and have a chance to win 10k!

**Why Not Fly Free**
Simple and highly effective guide how to accumulate FREE airline tickets, written by a travel agency owner.

**Resume And Cover Letter Secrets Revealed**
Get the job you want in 30 days - or your money back!

**Amazing Cover Letters**
The Amazing Cover Letter Creator! Job

## How to Find the Best ESL Jobs Today

ESL / EFL Administrator Home | ESL / EFL Jobs Home

------------------------------------------------

**Effective Interviewing
- By Brenda Townsend Hall -**

------------------------------------------------

The single most effective tool for finding the right teacher is the interview. But the art of interviewing is a subtle one. You need to prepare the ground first. Only if you sow the right seeds will your interview bear fruit.

It starts with the job ad. Be clear in your own mind what teacher profile you are seeking. If you are offering an entry-level post be sure you can give support in your organization from a Director of Studies used to nurturing newbies. Be precise in the ad:

- state exactly what qualifications and level of experience you expect;
- make sure the salary offered is appropriate—don't offer peanuts if you want a top flighter because they just won't apply;
- give details of your location and the size of the establishment;
- mention any special advantages that will make your job attractive to good candidates;
- give a deadline for applications.

A precise ad will allow you to carry out stage two easily. After the deadline sift the applications discarding all those that don't meet the qualifications and experience required. Next draw up your shortlist of three or four candidates from the remainder. Choose the applicants that have that special something: a well-presented resume; a good reason for wanting the job. Be cautious about candidates whose family circumstances might make it hard for them to relocate. Lots of jobs fall through at the last minute because the candidate decides against uprooting a family. Look for relevant experience: a candidate who has been working in large, state-run school might find it hard to adapt to a small organization, and vice versa. Somebody who has taught only adults may have problems if you require them to teach children. Look for round pegs!

FEED RSS Feeds
NEW! Learn More...

How do you apply for openings at 9714 schools?

**FREE Weekly ESL Jobs**
ESL, EFL, TESL, TEFL — Get weekly updates of the *Hottest New Jobs* direct to your inbox as well as easily apply to new openings!

**Enter your Email:**



We value your privacy. We will not rent your email to anyone.

Post Your Jobs Now!
Click here for step by step directions

Browse ESL Jobs
ESL Jobs in Europe
ESL Jobs in North America
ESL Jobs in South America
ESL Jobs in the Middle East
ESL Jobs in Korea
ESL Jobs in Asia
ESL Jobs in Oceania

**J.**

From:       b.townsendhall[SMTP:b.townsendhall@wanadoo.fr]
Sent:       Monday, July 04, 2005 8:34 AM
To:         John Gimbel
Subject:    Re: Documents I've created which include keywords, discussion of: Humor; Caricature; Lampoon; Deputiz;

## EVALUATION, PART 1; BY DR. BRENDA T. HALL, AUTHOR OF A BOOK, CO-AUTHOR OR EDITOR OR ILLUSTRATOR TO SEVERAL OTHER BOOKS, LITERARY AND ENGLISH SPECIALIST, BUSINESS ENGLISH SPECIALIST, PhD, LINGUIST, AUTHOR OF NUMEROUS ARTICLES

Hi John,

Just to clarify my email addresses. I use three. Compuserve is one I keep to use as the default email when I am asked to enter one on the Internet. The other two I use according to my whereabouts. Last week I was in England, this week I am in France. It is okay to use either of them.

OK, yes, now I've found the screenshot. Sorry, among all the material I became confused. As I understand the incident, the 'author' and the police officer are all fictitious.

Comments on the text:

1. General framework. Given that the trigger for the post is a fictitious event (as a §5 parking ticket does not exist), the whole item is surely perceived by the reader as an anti-police rant couched in crude but humorous terms.

2. The author of the post refers to the police officer and police in general in unflattering terms: "piggy-wiggly" "piggos" and leaves readers to infer from the use of an asterisk that the writer is adding an obscene epithet. This seems to be no more than a repetition of crude street terminology for the police. I imagine that every time they hand out an unpopular penalty they experience this kind of verbal abuse. I don't think it has sufficient originality or wit to be called humor, but it is hardly unusual. I don't know if use of these insults is an offense in the USA. Perhaps the fact that is written makes it more offensive. In English law we distinguish between a libel (written) and a slander(spoken). But I doubt if insults alone could be called either. The worst that can be said here, then, is that the language is insulting.

3. The next part of the text can only be reasonably construed in the light of the fictitious framework. A hypothetical complainant is purporting to confer on others the right to take the ultimate revenge on the hypothetical police officers. Once again the language is crass and, given the recent sorry incidents over the misuse of firearms in the USA, it is hardly sensitive to people's concerns about those who use guns. However, in the light of the fictitious framework it can only be considered ironic and in this respect may compared to Jonathan's Swift's satire of 1729:

A MODEST PROPOSAL FOR PREVENTING THE CHILDREN OF POOR PEOPLE IN IRELAND FROM BEING A BURDEN TO THEIR PARENTS OR COUNTRY, AND FOR MAKING THEM BENEFICIAL TO THE PUBLIC.

In this, the famous Irish author of Gulliver's Travels, suggested that surplus children of a tender age could be eaten, thus relieving parents of the burden of bringing up their numerous children and solving the hunger crisis. He was applying his dark humor to a grave situation and taking the callous attitudes of the politicians towards Ireland's impoverished population to an absurd degree. Alas, some people took it seriously and roundly condemned Dean Swift for recommending cannibalism. He was not.

4. In conclusion, I would say that most readers would interpret this as ironic. It is not subtle and it is not sensitive but it is clearly not intended to be taken seriously since no real situation and no real people are involved. It might

be argued that, fictional or not, if a racial group were substituted for the police, this kind of post would be incitement to racial hatred. However, the writer has targeted the police and is drawing upon a rich seam of civil disquiet at the behavior of some police in some police forces. With this in mind, it is questionable whether it is in good taste and whether it is the kind of post a message board would wish to allow. But surely that is all that is in question.


Hope this helps!

Brenda.


----- Original Message -----
From: "John Gimbel" <johngimbel@charter.net>
To: "'b.townsendhall'" <b.townsendhall@wanadoo.fr>
Sent: Monday, July 04, 2005 4:17 PM
Subject: RE: Documents I've created which include keywords, discussion of: Humor; Caricature; Lampoon; Deputiz;


> Dear Brenda,
>
> You:
> "I am not a lawyer as I said before."
>
> Me:
TRUNCATED

**J.**

From:        b.townsendhall[SMTP:b.townsendhall@wanadoo.fr]
Sent:        Tuesday, July 05, 2005 12:39 AM
To:          John Gimbel
Subject:     Re: RE:(July4): Documents I've created which include keywords, discussion of: Humor; Caricature; Lampoon; Deputiz;

## EVALUATION, PART 2; BY DR. BRENDA T. HALL, AUTHOR OF A BOOK, CO-AUTHOR OR EDITOR OR ILLUSTRATOR TO SEVERAL OTHER BOOKS, LITERARY AND ENGLISH SPECIALIST, BUSINESS ENGLISH SPECIALIST, PhD, LINGUIST, AUTHOR OF NUMEROUS ARTICLES

Dear John,

It seems to me that the 4-point refutation of any possible criminal charges you attached is succinct and accurate. From any linguistic or literary point of view, the fictitious nature of the 'author', the situation and the officers targeted make it a logical impossibility to assert that this post posed any threat. This assertion is based on the purely literal interpretation of the text before we even consider the satirical intention behind the words. The worst penalty the poster should have incurred was to be asked to remove the message from the site if it was considered politically incorrect or tasteless.

Ironically, of course, equally fictitious words were used by the USA administration to justify going to war with Iraq, a crime for which many hapless American troops are now paying for with their lives. In that case, however, neither the author of the lies nor the target were fictitious and so we see the power of words from the lips of the powerful, regardless of their relation to truth, to incite action. However, we don't see Mr Bush in the dock (nor Blair).

The comparison with Swift is interesting. If you wish to use the idea of your post as a metaphor for Bush's reaction to Iraq (using a trumped-up reason to 'shock and awe' a helpless population) then its Swiftian nature is apposite. The author of the Modest Proposal was, like Chris, also fictitious, with Swift using a 'persona' rather than writing as himself. His intention was to provoke shock by proxy as it were. The shock of his suggestion was the shock that the colonial powers should have had to their own inhuman treatment of the Irish poor. And, as in the case of your post, the satirical intent was not recognized and Swift was criticized for writing something of such bad taste.

I admit I have found it difficult to handle the vast number of documents you sent me. It seems incredible that such a situation could become so convoluted. We have, of course, seen such hysteria in the USA before, with the post-World War 2 communist witch hunts.

I would like to write a press article about your case but I guess that might prejudice your case, so when it's finally over, maybe I'll do that with your permission, of course.

Good luck with your struggle for justice in a corrupt world!

Best wishes,

Brenda.

JURORS: "APPOSITE" (adj.); DEF.: =  BEING OF STRIKING APPROPRIATENESS AND PERTINENCE

----- Original Message -----
From: "John Gimbel" <johngimbel@charter.net>
To: "'b.townsendhall'" <b.townsendhall@wanadoo.fr>
Sent: Monday, July 04, 2005 10:41 PM
Subject: RE:(July4): Documents I've created which include keywords,
discussion of: Humor; Caricature; Lampoon; Deputiz;


> Dear Brenda,
>
>    You:
> "As I understand the incident, the 'author' and the police officer are all
> fictitious."
>
> Me: A certain e-mail attachment that was included in the huge sending was
TRUNCATED

## PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On August 22, 2007 I served the documents within, described as **PLAINTIFF'S COMBINED OPPOSITIONS TO COUNTY DEFENDANTS' AMENDED MOTION TO DISMISS AND TO CITY DEFENDANTS' MOTION TO DISMISS: AMENDED COMPLAINT**, to the interested parties in said action:

_____ By overnight FedEx.

\_\_\_X\_\_\_\_ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attny John Vrieze                                    Calif. Att. Gen. (Troy Overton)
(for Del Norte sheriff dept. and dist. att.)          455 Golden Gate Ave. Suite 11000
814 Seventh St.                                         San Francisco, CA
Eureka, CA                                              94102-7004
95502

Attny Randy Harr
((for Crescent City police dept.(& agents of city))
1415 Court St.
Redding, CA
96001

(( Ronald V. Dellums Federal Building
Suite 400S
1301 Clay Street
Oakland, CA 94612-5217 ))

_____ By personally delivering a copy of said document(s) on the party(ies)named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____          Facsimile No: _____
Name:_____          Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of August 22, 2007 at Crescent City, California.

_____
Donn Ervin