1  John M Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorney for Defendants
   County of Del Norte, Jerry Harwood, Bill Steven,
7  Gene McManus, Melanie Barry, Robert Barber,
   Ed Fleshman, Keith Morris, A.C. Field,
8  District Attorney Michael Riese, Darren McElfresh

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | JOHN GIMBEL,                          | CASE NO.: C 070113 SBA
13 |     Plaintiff,                        | REPLY OF COUNTY OF DEL NORTE,
   |                                       | ET AL., TO OPPOSITION TO MOTION
14 | vs.                                   | TO DISMISS AMENDED COMPLAINT
15 | STATE OF CALIFORNIA, DEL
   | NORTE COUNTY SHERIFF'S                | DATE: September 25, 2007
16 | DEPARTMENT, JERRY HARWOOD,            | TIME: 1:00 p.m.
   | BILL STEVEN, GENE MCMANUS,            | CTRM: 3, 3rd Floor
17 | MELANIE BARRY, DANA RENO,
   | ROBERT BARBER, ED FLESHMAN,
18 | CRESCENT CITY POLICE
   | DEPARTMENT, DOUGLASS PLACK,
19 | GREG JOHNSON, JAMES HOLT,
   | CALEB CHADWICK, THOMAS
20 | BURKE, DEL NORTE DISTRICT
   | ATTORNEY KEITH MORRIS, A.C.
21 | FIELD, MICHAEL RIESE, DARREN
   | MCELFRESH, and FRITZ LUDERMAN,
22 |
   |     Defendants.
23 |_____|

24

25

26

**REPLY OF DEFENDANT COUNTY OF DEL NORTE, ET AL, TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

1  Defendants Del Norte County, erroneously named Del Norte County Sheriff's
2  Department, Jerry Harwood, Bill Steven, Gene McManus, Melanie Barry, Robert Barber,
3  Ed Fleshman, Keith Morris, A.C. Field, District Attorney Michael Riese, and Darren
4  McElfresh (jointly referred to herein as "County Defendants"), separating themselves
5  from all other defendants herein, submit the following as their Reply to plaintiff's
6  Combined Oppositions To County Defendants' and To City Defendants' Motions to
7  Dismiss Amended Complaint:

8  In his opposition to defendants' motion to dismiss plaintiff's amended complaint,
9  plaintiff does not raise any cogent argument to oppose dismissal of his amended
10 complaint. Plaintiff fails to make any showing to support compliance with Rule 8 of the
11 Federal Rules of Civil Procedure, which requires that "a pleading which sets forth a claim
12 for relief…shall contain: 1) a short and plain statement of the grounds upon which the
13 court's jurisdiction depends, unless the court already has jurisdiction and the claim needs
14 no new grounds of jurisdiction to support it; 2) a short and plain statement of the claim
15 showing that the pleader is entitled to relief; and 3) a demand for judgment for the relief
16 the pleading seeks…" As is discussed in defendants' moving points and authorities,
17 plaintiff's amended complaint is not much more then an attack on the integrity of the
18 Court and a diatribe of the Court's order granting defendants' motion to dismiss
19 plaintiff's complaint. As such, it is subject to dismissal on this ground alone. (See
20 generally, *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 839-41 (10th Cir.
21 2005), *U.S. v. Shaffer Equipment Co.*, 111 F.3d 450, 461 (4th Cir. 1993), *Phillips v.
22 Carey*, 628 F.2d 207, 208 (10th Cir. 1981), *Theriault v. Silber*, 579 F.2d 302 (5th Cir.
23 1978), and *Carrigan v. California State Legislature,* 263 F.2d 560, 564 (9th Cir. 1959).)

24 The Court's order granting defendants' motion to dismiss plaintiff's initial
25 complaint provided plaintiff with clear direction regarding the basis for claims against the
26 various defendants in any amended complaint – 1) "plaintiff shall have thirty days from

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

REPLY OF DEFENDANT COUNTY OF DEL NORTE, ET AL, TO PLAINTIFF'S OPPOSITION TO
MOTION TO DISMISS AMENDED COMPLAINT

1  the entry of this order to file an Amended Complaint to properly allege claims, if any,
2  against District Attorney Defendants," 2) "plaintiff shall have thirty days from entry of
3  this order to file an Amended Complaint to properly allege claims, if any, against Sheriff
4  Department Defendants," 3) "plaintiff shall have thirty days from the entry of this order
5  to file an Amended Complaint to properly allege claims, if any, against the County of Del
6  Norte," and 4) "plaintiff shall have thirty days from the entry of this order to file an
7  Amended Complaint to properly allege his state law tort claims, if any, against the
8  County Defendants." (See generally, *Order Granting Defendants' Motion to Dismiss*.)
9  Plaintiff's amended complaint fails to state a cognizable claim against any of the County
10 Defendants, and plaintiff does not provide the court with any argument identifying a
11 cognizable claim against any of the County Defendants in his opposition to their motion
12 to dismiss.

13        Plaintiff requests the court to incorporate by reference the pleadings of the initial
14 complaint into his amended complaint. (See, plaintiff's combined Oppositions to County
15 and City, pp. 13, line 22 – pp. 14, line 17.) Even if this were permissible, which it is not,
16 such incorporation by reference would not save his amended complaint from dismissal.
17 The court has previously found that plaintiff failed to state a cognizable claim for relief
18 against any defendant in the underlying complaint, and a melding of both pleadings does
19 nothing to create an amended complaint with proper allegations against the County
20 Defendants.

21        In summary, plaintiff's opposition to this motion to dismiss does not address how
22 the amended complaint conforms with the Court's order regarding the filing of an
23 amended pleading. The amended complaint has not alleged facts showing how the
24 District Attorney Defendants are not entitled to absolute prosecutorial immunity.
25 Plaintiff's amended complaint has not alleged specific facts as to how the Sheriff
26 Department Defendants' action or inaction deprived him of his constitutional rights.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

REPLY OF DEFENDANT COUNTY OF DEL NORTE, ET AL, TO PLAINTIFF'S OPPOSITION TO
MOTION TO DISMISS AMENDED COMPLAINT

1  Plaintiff's amended complaint has not alleged facts sufficient to establish that the County
2  of Del Norte had a formal policy that amounted to deliberate indifference to plaintiff's
3  constitutional rights, which was the moving force behind the constitutional violation(s).
4  And, plaintiff's amended complaint has not alleged specific facts to properly allege state
5  law tort claims against any of the County Defendants.
6       For the reasons set forth herein and for the reasons set forth in the County
7  Defendants' moving papers, it is respectfully submitted that all moving County
8  Defendants be dismissed from this action with prejudice.
9
10 DATED: August 28, 2007          MITCHELL, BRISSO, DELANEY & VRIEZE
11                                 By_____
12                                    John M. Vrieze
                                      William F. Mitchell
13                                    Attorneys for Defendants
14
15
16
17
18
19
20
21
22
23
24
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

**REPLY OF DEFENDANT COUNTY OF DEL NORTE, ET AL, TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**REPLY OF COUNTY OF DEL NORTE, ET AL., TO OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

__xx__   By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____   By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____   By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 28, 2007, at Eureka, California.

Micalyn Harris

John Gimbel
225 Brevus Street
Crescent City, CA 95531