**RECEIVED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

John Gimbel
225 Brevus St.
Crescent City, CA
95531
707.464.5908

Sept. 12, 2007

**FILED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Subject: possible correction to civil cover sheet in C 07 0113 SBA

Dear U.S. District court, Oakland,

      Plaintiff notes that the civil cover sheet filed with this case presently has, in V., "nature of suit," code 360 checked. If the court, after reviewing my complaint, thinks box 440 should be checked instead, "other civil rights," I ask the court, per this signed letter, to make this adjustment to the cover sheet. Plaintiff is self-described as having sustained "*a civil rights--first amendment, other amendments--violation with injury and damages therefrom,*" so it's not perfectly clear to him which of these 2 boxes should be checked, being also his very first complaint to federal court. If I didn't see "slander and libel" in the "Torts" box, ("Torts" area also containing the presently checked code 360), which usually requires a professional First Amendment scrutiny, I would actually be rather sure, in retrospect, that my outstanding First Amendment case should have box 440 checked. So at this moment it remains not clear.

Thank you, sincerely,

*[signature]*

John Gimbel



John Gindel
225 Brevus St
Crescent City, CA
95531

Ronald V. Dellums Federal Bldg.
Suite 400 S
1301 Clay St.
Oakland, CA
94612-5217