John Gimbel
225 Brevus St.
Crescent City, CA
95531
707.464.5908

Sept. 12, 2007

Subject: updated telephone contacts for plaintiff in C07 0113 SBA




Dear U.S. District court, Oakland,

John Gimbel's home phone: 707 464 5908
cell: 707 218 7683

Whenever the court needs to contact plaintiff by phone, the suggested method is try home phone first, then cell.

Thank you, sincerely,

John Gimbel


John Gimbel
225 Brevus St.
Crescent City, CA
95531
EUREKA CA 955
12 SEP 2007 PM 1 L
LOUIS COMFORT TIFFANY
Ronald V. Dellums Federal Building
Suite 400S
1301 Clay Street
Oakland, CA 94612-5217
Received in damaged condition 9/15
INSPECTED BY
SEP 1 - 2007
U.S. MARSHALS SERVICE
9461235212