John Gimbel
225 Brevus St.
Crescent City CA
95531
707.464.5908
Plaintiff, in pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL<br>       Plaintiff, | CASE NO. : C070113 SBA<br>**NOTICE OF APPEAL** |
| vs. | |
| STATE OF CALIFORNIA, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, JERRY HARWOOD, BILL STEVEN, GENE McMANUS, MELANIE BARRY, DANA RENO, ROBERT BARBER, ED FLESHMAN, CRESCENT CITY POLICE DEPARTMENT, DOUGLASS PLACK, GREG JOHNSON, JAMES HOLT, CALEB CHADWICK, THOMAS BURKE, DEL NORTE DISTRICT ATTORNEY, KEITH MORRIS, AC FIELD, MICHAEL RIESE, DARREN McELFRESH, AND FRITZ LUDERMAN | |
|        Defendants | |

    Notice is hereby given that John Gimbel, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit, from the judgement, from an order entered in this action, document 68, on the 19th day of September, 2007.

Dated Oct. 16, 2007 _____ _____ in pro se
225 Brevus St.
Crescent City, CA 95531

## PROOF OF SERVICE BY MAIL, PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On October 16, 2007 I served the documents within, described as 5 copies of **NOTICE OF APPEAL**, to the interested parties in said action:

_____ By overnight FedEx.

___X___ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

*((* Ronald V. Dellums Federal Building–Appeal
**Room 400 South**
1301 Clay Street
Oakland, CA 94612-5217 *))*

_____ By personally delivering a copy of said document(s) on the party(ies)named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____    Facsimile No: _____
Name:_____    Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of October 16, 2007 at Crescent City, California

Dave Stiles

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001376
Cashier ID: lenahac
Transaction Date: 10/18/2007
Payer Name: John H Gimbel
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: John H Gimbel
 Case/Party: D-CAN-4-07-CV-000113-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 321
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```