John Gimbel  
225 Brevus St.  
Crescent City, CA  
95531  
707.464.5908  
Plaintiff/Appellant

November 8, 2007

C07 0113 (MJJ-SBA)



Subject: Designation of record; statement of the evidence

Dear District Court, Oakland,

    I recently submitted 4 documents in conjunction with my appeal (Civil Appeal Docketing Statement; Designation of Record/Statement of the Evidence; Representation Statement; and Transcript Ordering Form).

    Bluntly, I carefully described the above intended submissions to personnel at the Ninth Circuit Court of Appeal, and was told quite clearly to send it all to them. These 4 docs were sent via $20 + Overnight U.S. Postal Express on the day of Friday, Oct. 26, 2007.

    Recently, I'm just realizing a copy ( 2 + 1) of the "Record on Appeal; Statement of the Evidence" (Designation of Record) should be filed in the district court because you are the only ones who forward the designated briefs, complaints, papers etc. to the appeal court.

    Thus, copies of the designation of record, statement of the evidence are being handed you now. From the proof of service, all parties were served this. (The appeal court returned my copy without a stamp--their error I perceive--but they have informed me their copies are filed with them and stamped Nov. 1, 2007.) The appeal # to which the above case number connects has been assigned: 07-16966.

    From #2 in this document, I remind you I am intending, minimally, EVERYTHING I HAVE WRITTEN to the case, including copy(ies) of complaint and amended complaint, any declarations, exhibits, to be placed directly in the appeal court's hands on appeal. #2 also includes all opposition briefs and papers.

John Gimbel  
johngimbel@charter.net