1  **John Gimbel**
2  **225 Brevus St.**
   **Crescent City CA**
3  **95531**
   **707.464.5908**
4  **Plaintiff, in pro se**

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  JOHN GIMBEL                           CASE NO. : C070113 SBA
            Plaintiff,                    MOTION FOR DISQUALIFICATION
10                                        OF JUDGE (SAUNDRA B.
   vs.                                    ARMSTRONG)
11
   STATE OF CALIFORNIA, DEL NORTE
12 COUNTY SHERIFF'S DEPARTMENT,
   JERRY HARWOOD, BILL STEVEN, GENE
13 McMANUS, MELANIE BARRY, DANA RENO,
   ROBERT BARBER, ED FLESHMAN,
14 CRESCENT CITY
   POLICE DEPARTMENT,
15 DOUGLASS PLACK, GREG JOHNSON, JAMES
   HOLT, CALEB CHADWICK, THOMAS
16 BURKE, DEL NORTE DISTRICT ATTORNEY,
   KEITH MORRIS, AC FIELD, MICHAEL RIESE,
17 DARREN McELFRESH, AND FRITZ
   LUDERMAN
18

19
            Defendants
20
21 ------------------------------------------------

                   **STATEMENT OF THE FACTS**
22

23      Attached to this as exhibit A is a Complaint for Judicial Disability (or
24 Misconduct) which has been filed regarding the above referenced judge. It should be
   very clear why she should disqualify herself.
25

26                           **JURISDICTION**
27      It is true that, because of time deadlines, the above case has been coerced to
28 appeal. However, plaintiff (also, appellant) argues and believes that, because he is
   the exact creator, author and decider as to the existence of (any) appeal, he has the

right to bestow "power of attorney," or suggest or even "assign jurisdiction" in the regard that he may, with a potential real result, ask the district court to get their heads together with the Ninth Circuit court of appeal and indicate to the the appeal court (if the district court finally sees it as I--the correctness of recusal by S.B.A.) that, yes, the judge should have recused herself, and ask the appeal court to stay any appeal proceedings while the original case in district court is heard by any other judge. (The appeal may or may not be resumed depending on the reassigned judge in the district court.) Never hurts to ask; and I'm asking the Oakland District Court to do exactly this, and upon review of this motion.

With my signature below I confer now to the Oakland federal U.S. District Court the power of attorney in my case, appeal or otherwise, to ask, and as not unreasonable, the foregoing of the Ninth Appeal Court--to stay appeal proceedings-- until the district court has reassigned another judge and the plaintiff's amended complaint is considered by a reassigned judge with the force and effect of an original proceeding at the district court level.

**Dated**_____  _____ **in pro se**

225 Brevus St.
Crescent City, CA 95531

**EXHIBIT A**

1  John Gimbel
2  225 Brevus St.
   Crescent City CA
3  95531
   707.464.5908
4  Plaintiff, in pro se

5

6              JUDICIAL COUNCIL OF THE NINTH CIRCUIT

7          COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

8

9  JOHN GIMBEL                              CASE NO. :
         Complainant's name                 COMPLAINT OF JUDICIAL
10                                          CONDUCT AND DISABILITY
                                            IN C07 0113 SBA
11

12 SAUNDRA BROWN ARMSTRONG
         Name of judge being complained
13       about                              /

14 ------------------------------------------------

15     Judge's court: Oakland.

16     Behavior of judge in C07 0113 (SBA) (Saundra Brown Armstrong).

17     Complainant is the in pro se plaintiff in the indicated case number.

18     Complainant has not filed a lawsuit against the judge.

19     There have been no appeals in the case.

20     Present status of suit: apparent order on motions and amended motions to

21 dismiss complaint had been granted by the judge in question, Saundra Armstrong

22 Brown.

23

24                          STATEMENT OF FACTS

25     Very simple. Plaintiff filed initially in S.F. court under Martin J. Jenkins

26 (black judge). Defendants' motions were granted with leave for plaintiff to amend.

27 In plaintiff's amended complaint, he did use some expressly racist-sounding

28 language. The judge did recuse himself, obviously because he's black. Plaintiff did

Complaint for Judicial Conduct or Disability           -1-

1  come back later in his Combined Oppositions to Defedants' Motions to Dismiss
2  Amended Complaint with a personal letter consoling Mr. Jenkins in every way he
3  could that he was no racist, but was just trying to generate a wake-up call, attention
4  grabber, to being 100% certain that Mr. Jenkins was a First Amendment closet case,
5  and/or that he had, obviously, done extremely few, or none, First Amendment cases.
6      The case was reassigned to Oakland under Saundra Brown Armstrong.
7  Because she is also black, she should clearly also recuse herself. She has even issued
8  a "snipey headed order," with her ostensible pun in it, "with prejudice" against Mr.
9  Gimbel, plaintiff, the phrase she includes in her order granting motions to dismiss
10 amended complaint.
11     For relief in this, I simply ask she recuse herself, and let the motions to
12 dismiss amended complaint in C07 0113 (MJJ-SBA) simply be assigned a judge not
13 likely to wreak vengeance, and miscarriage to all requests for relief in the indicated
14 action, upon the plaintiff for some language he used. I'll allow it to be called
15 "disability." She probably can't help herself.
16     If you read my complaint and exhibits, I starve until this action is over.
17 Drawing it out that I do (starve) apparently doesn't bother anybody around here.
18     Let's get on with a recuse and have the motions she viewed reassigned to
19 another judge. I will be forward-looking in this matter, and not punitive-minded per
20 Rule 1(a). She probably couldn't help herself, but we need to do this with another
21 judge--no questions please.
22     I thank you.
23     I declare under penalty of perjury that I have read rules 1 and 2 of the
24 Rules of the Judicial Council of the Ninth Circuit Governing Complaints of Judicial
25 Misconduct or Disability, and the statements made in this complaint are true and
26 correct to the best of my knowledge.
27 Dated: _____   _____
28                                                           JOHN GIMBEL, complainant, in pro se

ROOF OF SERVICE BY MAIL, PERSONAL DELIVERY,
OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

    I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St., Crescent City, CA 95531.

On November 10, 2007 I served the documents within, described as **MOTION FOR DISQUALIFICATION OF JUDGE (SAUNDRA B. ARMSTRONG)** to the interested parties in said action:

_____ By overnight FedEx.

___X____ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attny John Vrieze, William Mitchell
(for Del Norte sheriff dept. and dist. att.)
814 Seventh St.
Eureka, CA
95502

Calif. Att. Gen. (Troy Overton, John Devine)
455 Golden Gate Ave. Suite 11000
San Francisco, CA
94102-7004

Attny William Ayres, Randall Harr
((for Crescent City police dept.(& agents of city))
1415 Court St.
Redding, CA
96001

(( Ronald V. Dellums Federal bldg.
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217 ))

_____ By personally delivering a copy of said document(s) on the party(ies) named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, from telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____     Facsimile No: _____
Name:_____     Facsimile No: _____

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of November 10, 2007 at Crescent City, California.

*Chris Ohmer*