1  JOHN GIMBEL
2  225 Brevus Street
   Crescent City, CA 95531
3  707.464.5908
   Plaintiff, in pro se
4

**RECEIVED**

NOV 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5

6              UNITED STATE DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8

9  JOHN GIMBEL,                          CASE NO.:  C070113 (MJJ-SBA)

            Plaintiff
10                                        ORDER GRANTING
   v.                                     DISQUALIFICATION OF JUDGE
11                                        (SAUNDRA B. ARMSTRONG)
   STATE OF CALIFORNIA, et al,
12
            Defendants
13

14        ORDER IS HEREBY GRANTED THE MOTION TO DISQUALIFY JUDGE

15  SAUNDRA B. ARMSTRONG in the above referenced case.

16        This order bases upon background, legal standard and ethics, analysis, detail,

17  factual background and conclusion which are found in exhibit A attached to the

18  Motion For Disqualification (Saundra B. Armstrong), and the motion itself

19  Jurisdiction and authority is promoted within the motion body.

20        Additional:

21

22

23

24

25

26

27  DATED: _____

28

                              _____
                              JUDGE OF THE U.S. DISTRICT COURT

## ROOF OF SERVICE BY MAIL, PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION

I am a citizen of the United States and a resident of Del Norte County; I am over the age of eighteen (18) years; my address is 1533 Oregon St. , Crescent City, CA 95531.

On Nov.15 , 2007 I served the documents within, described as **AMENDED NOTICE OF MOTION AND MOTION TO DISQUALIFY JUDGE (SAUNDRA B. ARMSTRONG)**... to the interested parties in said action:

_____ By overnight FedEx.

____X____ By following the ordinary business practice, placing on that date at my place of business, a true copy thereof enclosed in a sealed envelope(s) with postage thereon fully prepaid, for collection and mailing with the United States Postal Service at Crescent City, California, where it would be deposited with the United States Postal Service that same day in the ordinary course of business addressed as follows:

Attny John Vrieze (and William Mitchell)
(for Del Norte sheriff dept. and dist. att.)
814 Seventh St.
Eureka, CA
95502

Calif. Att. Gen. Troy Overton (and John P. Devine)
455 Golden Gate Ave. Suite 11000
San Francisco, CA
94102-7004

Attny William Ayres (and Randall Harr)
((for Crescent City police dept.(& agents of city))
1415 Court St.
Redding, CA
96001

(( Ronald V. Dellums Federal bldg.
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217 ))

_____ By personally delivering a copy of said document(s) on the party(ies)named below at the following address(es):

_____ By following the ordinary business practice, placing on that date at my place of business, the above documents for deposit that same day in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid or provided for as follows:

_____ By transmitting by facsimile machine, from telephone number 707 464 5908, to the party(ies) named below at the facsimile machine telephone number listed below. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Name:_____      Facsimile No: _____
Name:_____      Facsimile No: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day of November 15th , 2007 at Crescent City, California.

_____
Dave Stiles