**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# RECORD TRANSMITTAL FORM

**Date: 05/22/2008**

**To:**   United States Court of Appeals       ( ) Check here if record is being
          For the Ninth Circuit/Records Unit              sent directly to a Judge
          95 Seventh Street
          San Francisco, CA 94103

**From: Jessie Mosley**

**DC No:** _____C-07-00113-SBA_____   **Appeal No:** __07-16966__

**Short Title:** _____GIMBEL-V-STATE OF CALIFORNIA_____

**Composition of Record**

**Clerk's Files in __2__ volumes**        (X) original        ( ) certified copy

**Expando Files in __1__ volumes (folders)   docket#___1 & 53___**

**Reporter's**
**Transcripts   in _____volumes**        ( ) original        ( ) certified copy

**Exhibits:**    in _____envelopes        ( ) under seal
                 in _____boxes            ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____   **Date:**_____