**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 22, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-00113 SBA**

**CASE TITLE: Gimbel-v-State of California**

USCA Case Number: 07-16966

Dear Sir/Madam:

    Enclosed is the **Clerk's file in (2) two-volumes and (1) one Expando file** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: _____
Jessie Mosley
Case Systems Administrator

cc: Counsel of Record