

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date: 05/22/2008**

**To:** United States Court of Appeals
For the Ninth Circuit/Records Unit
95 Seventh Street
San Francisco, CA 94103

( ) Check here if record is being sent directly to a Judge

**From: Jessie Mosley**

**DC No:** _____C-07-113-SBA_____   **Appeal No:** ___07-16966___

**Short Title:** _____Gimbel-v-State of California_____

**Composition of Record**

Clerk's Files in __2__ volumes        (X) original        ( ) certified copy

Expando Files in __2__ volumes (folders)  docket nos. __1 & 53__

Reporter's
Transcripts  in _____volumes        ( ) original        ( ) certified copy

Exhibits:    in _____envelopes        ( ) under seal
             in _____boxes            ( ) under seal

Other:_____
_____
_____

(please note any documents filed under seal)

Acknowledgment:____RECEIVED_____   Date:_____
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 23 2008

FILED _____
DOCKETED _____ DATE _____ INITIAL
J. Rosenthal