1 | John Gimbel
2 | 225 Brevus St.
3 | Crescent City CA 95531
4 | 707.464.5908
   | Plaintiff, in pro se



FILED
JUN -2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## u.s. SATAN ASSHOLE DISTRICT COURT
## NORTHERN SATAN-ZONE DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL<br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, DEL NORTE COUNTY SHERIFF'S DEPARTMENT, JERRY HARWOOD, BILL STEVEN, GENE McMANUS, MELANIE BARRY, DANA RENO, ROBERT BARBER, ED FLESHMAN, CRESCENT CITY POLICE DEPARTMENT, DOUGLASS PLACK, GREG JOHNSON, JAMES HOLT, CALEB CHADWICK, THOMAS BURKE, DEL NORTE DISTRICT ATTORNEY, KEITH MORRIS, AC FIELD, MICHAEL RIESE, DARREN McELFRESH, AND FRITZ LUDERMAN<br><br>    Defendants | CASE NO. : **CV 07-0013 SBA**<br>NOTICE AND NOTICE OF ORDER DECLARING SAUNDRA B. ARMSTRONG RETARDED FLAKY COON PISS & UNCHAINED SHITCAKE<br><br>Time: too late<br>Date: kill shit-merican at all times<br>Place: forever and everywhere |

-----------------------------------------------------------------

The nigger Saundra B. Armstrong can't read. A burry-headed fedho that can't read enough to find out that John Gimbel *said exactly as much*...that he is more of a nigger than she ever will be. <u>Read exactly how he said this,</u> and it was declared so, beginning pg. 1, line 26 through pg. 2, line 17 in  docket 62 in CV 07-0113 SBA, being

"PLAINTIFF'S COMBINED OPPOSITIONS TO COUNTY DEFENDANTS' MOTION TO DISMISS AND CITY DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT" (filed Aug. 23, 2007).

But then the nigger Armstrong "knows everything about everything," without having to read anything, and just "didn't happen to" read that, now did she....(?) Her confessing in fact (docket 68) to having read *only one line* of Gimbel's **tomes** before writing her shitmouth nigger order shows her in danger, on-the-line, as having rampant, imminent retardation in these fedho courts of reading. We've got a nigger that can't read, folks, pretending and posing as a judge, costing the rest of us niggers so dear!

A burr-headed lunkhead that does a hit and run like stealing hubcaps--well, say she should have disqualified herself (see docket 74, filed Jan. 28, 2008).... If that's so, why would she raise (or examine) "issues of jurisdiction" before examining issues of her crime of not disqualifying herself (in docket 74)? A convenient way of *skirting* the issue of having acted improperly is her "jurisdiction" shitmouth. The shit-'merican stiff-necked law, so cozily ripping out the people for very little for huge lengths, had damn well better have wanted to look at the item of *conscience* first-- pertaining to *real* concerns of disqualification--so called jurisdiction then reviewable, totally as a secondary. These *real concerns* are not tomorrow by putting them off as you

did; they're right fucking now nigger; like your "white Watts" you're trying to slyly make at Gimbel's total expense and beguile of him. You're..slammed about it, ni66er.

In that docket 74, "order," stupider 'n a throwback monkey coon-tard, she has allowed, proclaimed and made, now visibly before all, simultaneously, and is now 1. the suspect in the disqualification issue...2. is now the suspect acting as her own judge...3. is now skirting and avoiding altogether in "examining her conscience" (even if only examining it rhetorically before us, without the "authority of an order" associated to it)...4. is now, in her order on disqualification, docket 74, avoiding referring the disqualifying petitioner as to *where he should file* his disqualification motion...5. BUT, in all this she is not relinquishing her right to judge herself AS the suspect, in every way being the suspect.... Fucking retarded, moron juice nigqer as usual....

You don't run a court in front of me, ever, u.s. retards, without worshipping me.

You burrheaded fedho's don't get any more moronic; we're not fooled. But then all u.s. judges typify such mentally ill behavior, so at least you're in your pig-squirm bin and trough where you belong in, by being a judge, fed. or state.

1  Put some of that hubcap money aside for getting a reading
2  education, Saundra B. Armstrong.  I'm the greatest nig who
3  ever lived, you goddamn black-cracker.
4
5  Face up.
6
7
8  Dated: May 26, 2008                By _____
9                                        John Gimbel   in pro se
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

